UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PATRICK WILKERSON, SR.,

    Plaintiff,

vs.

MELANIE PHELPS-POWERS, *et al*.,

    Defendants.

Case No. 3:24-cv-114

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 2); (2) DISMISSING PLAINTIFF'S OFFICIAL CAPACITY CLAIMS AGAINST DEFENDANTS MELANIE PHELPS-POWERS AND LISA BRUDER; (3) DISMISSING PLAINTIFF'S CLAIMS 7-10, 12, AND 13 (Doc. No. 1-1 at PageID 20-22, 24-25); AND (4) PERMITTING PLAINTIFF'S CLAIMS 1-6, 11, AND 14 TO PROCEED (Doc. No. 1-1 at PageID 14-20, 23, 25)**

_____

    The Court has reviewed the Report and Recommendation of Magistrate Judge Peter B. Silvain, Jr. (Doc. No. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, and accepting as true Plaintiff Patrick Wilkerson, Sr.'s *pro se* allegations in his favor[1], the Court determines that the Report and Recommendation should be adopted. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 2) in its entirety; (2) **DISMISSES** Plaintiff's official capacity claims against Defendants Melanie Phelps-Powers and Lisa Bruder; (3) **DISMISSES** Claims 7-10, 12, and 13 (Doc. No. 1-1 at PageID 20-22, 24-25); and (4) **PERMITS** Claims 1-6, 11, and 14 to proceed (Doc. No. 1-1 at PageID 14-20, 23, 25).

    **IT IS SO ORDERED.**

    July 18, 2025                                      s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge

---

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).