# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICK WILKERSON, SR., | : | Case No. 3:24-cv-114 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MELANIE PHELPS-POWERS, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This case is before the Court upon Defendant Lucas Wilder's Motion for Extension of Time. (Doc. #8). Defendant moves this Court for a twenty-one-day extension of time to file a response to Plaintiff's Complaint (Doc. #3). *Id.* Defendant attempted to contact Plaintiff to obtain his agreement to this extension, but Plaintiff's only known method of contact, his cell phone number, is no longer in service. *Id*.

For good cause shown, Defendant Lucas Wilder's Motion for Extension of Time (Doc. #8) is **GRANTED**. Defendant shall file his response to Plaintiff's Complaint (Doc. #3) on or before **August 13, 2025**.

IT IS SO ORDERED.

July 21, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge