# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICK WILKERSON, SR., | : | Case No. 3:24-cv-114 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MELANIE PHELPS-POWERS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Defendants Melanie Phelps-Powers and Lisa Bruder's Motion for Extension of Time (Doc. #19) and Defendants Phelps-Powers and Bruder's Amended Motion for Extension of Time (Doc. #20). Defendants move this Court for a sixteen-day extension of time to file a response to Plaintiff's Complaint (Doc. #3). (Doc. #s 19, 20). In their Amended Motion, Defendants Phelps-Powers and Bruder indicate that Plaintiff "has accepted" their request. (Doc. #20).

For good cause shown, Defendants Phelps-Powers and Bruder's Amended Motion for Extension of Time (Doc. #20) is **GRANTED**. Defendants Phelps-Powers and Bruder shall file their response(s) to Plaintiff's Complaint (Doc. #3) on or before **August 13, 2025**.

Defendants Phelps-Powers and Bruder's Motion for Extension of Time (Doc. #19) is **DENIED AS MOOT**.

IT IS SO ORDERED.

July 25, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge