# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICK WILKERSON, SR., | : | Case No. 3:24-cv-114 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MELANIE PHELPS-POWERS, *et al.*, | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTIONS TO DISMISS

You are hereby notified that Defendant Lucas Wilder filed a Motion to Dismiss on August 12, 2025. (Doc. #22). Additionally, Defendants Lisa Bruder and Melanie Phelps-Powers filed a Motion to Dismiss on August 12, 2025. (Doc. #23). You should receive a copy of the Motions directly from Defendants.

Your response must be filed with the Court not later than **September 5, 2025**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendants' Motions to Dismiss may be granted and your case dismissed.

August 13, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge