# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICK WILKERSON, SR., | : | Case No. 3:24-cv-114 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MELANIE PHELPS-POWERS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Continuance to Respond to Defendants. (Doc. #25). Plaintiff asks the Court for an extension of time to respond to Defendants' Motions to Dismiss and attaches his response. *Id.* Plaintiff also asks the Court to grant Plaintiff's motion to e-file his documents. *Id.*

For good cause shown, Plaintiff's request for an extension of time to respond to Defendants' Motions to Dismiss is hereby **GRANTED**. The Clerk of Court is **DIRECTED** to file Plaintiff's Response in Opposition (Doc. #25-1) separately on the docket. To the extent Plaintiff requests a ruling on his motion for e-filing, Plaintiff's request is **DENIED** at this time.

**IT IS SO ORDERED.**

September 9, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge