# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICK WILKERSON, SR., | : | Case No: 3:24-cv-114 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MELANIE PHELPS-POWERS, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on *pro se* Defendant Nakela McGhee's Motion to Amend Previous Motion. (Doc. #16). In her Motion, Defendant McGhee requests to withdraw her "Motion to Concede Liability" (Doc. #5) and file an "Amended Motion to Concede Liability." *Id.*

Defendant McGhee's Motion to Amend Previous Motion (Doc. #16) is hereby **GRANTED**.[1] Accordingly, Defendant McGhee's "Motion to Concede Liability" (Doc. #5) is **WITHDRAWN**. The Clerk of Court is **DIRECTED** to terminate Defendant McGhee's "Motion to Concede Liability" (Doc. #5) and file Defendant McGhee's "Amended Motion to Concede Liability" (Doc. #16-1) separately on the docket.

**IT IS SO ORDERED**.


December 30, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] To the extent that Defendant McGhee requests "judgement on the more recent filed perfected motion," her request is denied at this time.